IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
(Alexandria Division)

| | |
|---|---|
| BLANCA REYES, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) Case No. 1:20-cv-01045-TSE-TCB |
| ASSOCIATED BUILDING MAINTENANCE CO., INC. | ) ) ) ) |
| Defendant. | ) ) |

## STIPULATION OF DISMISSAL

On consideration of the representation of the parties that they have resolved the issues giving rise to this lawsuit, this case is hereby dismissed with prejudice, each side to bear its own attorney's fees and costs.

Dated: November 9, 2020

SO ORDERED 8/12/2022

By: _____
Judge, United States District Court for Eastern District of Virginia

Respectfully Submitted,

/s/   *Matthew T. Sutter*
Matthew T. Sutter, VSB No. 66741
Sutter & Terpak, PLLC
7540 A Little River Turnpike, First Floor
Annandale, VA 22003
Telephone: 703-256-1800
Facsimile: 703-991-1661
Email: matt@sutterandterpak.com
Counsel for Plaintiff

2

/s/ *Michael E. Barnsback*
Michael E. Barnsback
Virginia Bar No. 33113
O'HAGAN MEYER
2560 Huntington Avenue, Suite 204
Alexandria, VA 22303
703-775-8601
MBarnsback@ohaganmeyer.com
Counsel for Defendant